IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-83-DPM

WAL-MART STORES, INC.                                                DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019