# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GARY LEON WEBSTER**                                              **PLAINTIFF**
**ADC #114018**

**v.**                               **No. 3:19-cv-83-DPM**

**WAL-MART STORES, INC.**                                         **DEFENDANT**

## ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 17, denied.  The Court certified that an *in forma pauperis* appeal would not be taken in good faith.  № 9.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019